IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL SALDANA, | ) | No. C 11-3921 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE |
| vs. | ) ) | AMENDED COMPLAINT |
| M. SAYRE, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint under 42 U.S.C. § 1983. Plaintiff's motion for extension of time to file his amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **sixty (60) days** from the filing date of this order. Failure to file his amended complaint within the stated deadline may result in dismissal of this action.

IT IS SO ORDERED.

DATED: 10/14/11

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Amended Complaint
P:\pro-se\sj.lhk\cr.11\Saldana921eotac