IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>        Plaintiff,<br><br>  vs.<br><br>M. SAYRE,<br><br>        Defendant. | No. C 11-3921 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Docket No. 7) |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint under 42 U.S.C. § 1983. Plaintiff's second motion for extension of time to file his amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **thirty (30) days** from the filing date of this order. **Failure to file his amended complaint within the stated deadline will result in dismissal of this action.**

IT IS SO ORDERED.

DATED: 1/5/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Amended Complaint
P:\pro-se\sj.lhk\cr.11\Saldana921eotac2