IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL SALDANA, | ) | No. C 11-3921 LHK (PR) |
| Plaintiff, | ) ) | ORDER DENYING DEFENDANTS' MOTION TO CHANGE TIME TO FILE |
| vs. | ) ) ) | OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL, MOTION FOR APPOINTMENT OF |
| MICHAEL SAYRE, et al., | ) ) | MEDICAL EXPERT AND MOTION TO STAY MOTION FOR SUMMARY |
| Defendants. | ) ) | JUDGMENT |
| | ) ) | (Docket No. 32) |

Plaintiff, a California prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) Defendants filed a motion to dismiss and for summary judgment. (Doc. No. 24.) Plaintiff has filed three motions: a motion to stay the Court's ruling on Defendants' motion for summary judgment pending discovery (Doc. No. 29); a motion for appointment of an independent medical expert, specifically an orthopedic specialist (Doc. No. 30); and a motion for appointment of counsel. (Doc. No. 31.) Defendants filed a motion for a fourteen-day extension of time to file their oppositions to Plaintiff's motions. (Doc. No. 32.)

Defendants' request is DENIED as moot. Defendants have filed timely responses to Plaintiff's motion for appointment of an independent expert (Doc. No. 36) and Plaintiff's motion to stay the Court's ruling on Defendants' motion for summary judgment. (Doc. No. 37.)

Order Denying Def. Mot. to Change Time to file Oppositions
G:\PRO-SE\SJ.LHK\CR.11\Saldana921eot_def-opp.wpd

1  Plaintiff shall file a reply to Defendants' responses no later than twenty-one (21) days
2  after the filing date of this order, if he chooses.
3  This order terminates docket number 32.
4  IT IS SO ORDERED.
5  DATED: 10/29/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Def. Mot. to Change Time to file Oppositions
G:\PRO-SE\SJ.LHK\CR.11\Saldana921eot_def-opp.wpd 2